No. 87–1517.   ST. JOHNS COUNTY, FLORIDA *v.* LUCAS ET AL. C. A. 11th Cir.   Certiorari denied.

No. 87–1524.   HONEYWELL, INC., ET AL. *v.* LUZADDER, EXECUTRIX OF THE ESTATE OF LUZADDER, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 87–1527.   CHRISTENSEN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–1528.   GEORGE V. *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal.   Certiorari denied.

No. 87–1531.   CRUZ *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 87–1534.   GUFFEY *v.* CITY OF KIRKSVILLE, MISSOURI.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 87–1540.   MCKINSEY ET AL. *v.* DONIVAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–1554.   ROCKEFELLER GROUP, INC., ET AL. *v.* 48TH STREET STEAKHOUSE, INC.   C. A. 2d Cir.   Certiorari denied.

No. 87–1580.   LOESCHNIG *v.* CHRYSLER CREDIT CORP. ET AL. C. A. 9th Cir.   Certiorari denied.

No. 87–1583.   VERMONT DEPARTMENT OF TAXES *v.* KEYS ET UX.   Sup. Ct. Vt.   Certiorari denied.

No. 87–1604.   KANE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–1623.   SZTAN *v.* DEPARTMENT OF THE NAVY.   C. A. Fed. Cir.   Certiorari denied.

No. 87–1645.   KALVANS *v.* DEPARTMENT OF ATTORNEY GENERAL OF MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 87–1673.   ILLINOIS CENTRAL GULF RAILROAD CO. *v.* MISTER.   C. A. 7th Cir.   Certiorari denied.